No. 417, Misc.   WILLIAMS *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 418, Misc.   PATSKIN *v.* PENNSYLVANIA.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.   *John Harrison Boyles* and *Milton I. Baldinger* for petitioner.

No. 320, Misc.   HAEUSSLER *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted.   *A. L. Wirin* and *Fred Okrand* for petitioner.

No. 12.   IRVINE *v.* CALIFORNIA, *ante,* p. 128;

No. 198.   MICHIGAN-WISCONSIN PIPE LINE Co. *v.* CALVERT, COMPTROLLER OF PUBLIC ACCOUNTS, ET AL., *ante,* p. 157; and

No. 200.   PANHANDLE EASTERN PIPE LINE Co. *v.* CALVERT, COMPTROLLER OF PUBLIC ACCOUNTS, ET AL., *ante,* p. 157.   Petitions for rehearing denied.

No. 17.   PARTMAR CORPORATION ET AL. *v.* PARAMOUNT PICTURES THEATRES CORP. ET AL., *ante,* p. 89.   Rehearing denied.   MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 501.   WHITE ET AL. *v.* HOWARD ET AL., *ante,* p. 910.   Rehearing denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this application.